**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1.      Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2.      Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.      Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | Buckeye Fire Equipment Company |
| Defendant 3 | Carrier Fire & Security Americas Corp., Inc. |
| Defendant 4 | Carrier Global Corporation |
| Defendant 5 | Corteva, Inc. |
| Defendant 6 | DowDuPont |
| Defendant 7 | DuPont de Nemours, Inc. f/k/a DowDuPont, Inc. |
| Defendant 8 | E.I. du Pont de Nemours and Company |
| Defendant 9 | PWS Name: AIRWAY HEIGHTS CITY OF (Groundwater) SPOKANE CITY OF (Groundwater) |
| Defendant 10 | PWS Name: ALBUQUERQUE WATER SYSTEM |
| Defendant 11 | PWS Name: APPLETON WATERWORKS |
| Defendant 12 | PWS Name: BROKEN ARROW MUNICIPAL AUTHORITY |
| Defendant 13 | PWS Name: CAL AM - MEADOWBROOK (Groundwater) |
| Defendant 14 | PWS Name: CITY OF FORT WORTH - Fort Worth (Surfacewater) |
| Defendant 15 | PWS Name: CITY OF ROXBORO |
| Defendant 16 | PWS Name: DONA ANA Mutual Domestic Water Consumers Association (MDWCA) |
| Defendant 17 | PWS Name: DURHAM COUNTY ROUGEMONT WATERSYSTEM |
| Defendant 18 | PWS Name: EAST BAY MUD |
| Defendant 19 | PWS Name: FLORA VISTA MUTUAL DOMESTIC |

2

| Defendant 20 | PWS Name: FOX CROSSING UTILITIES EAST |
| Defendant 21 | PWS Name: LAS CRUCES MUNICIPAL WATER SYSTEM |
| Defendant 22 | PWS Name: MADISON WATER UTILITY |
| Defendant 23 | PWS Name: OCUD/WESTERN REGIONAL WTR SYS (5 WPS) |
| Defendant 24 | PWS Name: SOUTHLAKE UTILITIES |
| Defendant 25 | PWS Name: TENNESSEE AMERICAN WATER |
| Defendant 26 | PWS Name: VERONA WATERWORKS |
| Defendant 27 | PWS Name: VILLAGE OF GREENVILLE UTILITIES |
| Defendant 28 | The Chemours Company |
| Defendant 29 | The Chemours Company FC, LLC |
| Defendant 30 | Tyco Fire Products, LP |

### Jurisdiction and Venue

4.     Plaintiffs allege jurisdiction based on:

☐     Diversity

☐     Federal Question

☒     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐     Other:………………………………………......…………………

5.     Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiffs' Allegations of Exposure

6.     Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiffs' Alleged Injuries

7.     Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8.     Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

### Causes of Action

9.     The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I - Defective Design
Count II - Failure to Warn
Count III - Negligence
Count IV - Negligence Per Se
Count V - Trespass and Battery
Count VI - Strict Product Liability
Count VII - Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII - Concealment, Misrepresentation, and Fraud
Count IX - Conspiracy
Count X - Wrongful Death
Count XI - Loss of Consortium

4

Other Causes of Action:
Count XII - _____
Count XIII - _____
Count XIV - _____
Count XV - _____
Count XVI - _____
Count XVII - _____
Count XVIII - _____
Count XIX - _____
Count XX - _____

Others

_____
_____
_____

## Jury Demand

10.    Plaintiffs demand a trial by jury as to all claims in this action.

Date: August 29, 2025

Respectfully Submitted,

By: _/s/ Parker Stinar_
Parker G. Stinar (P75252)
Patrick C. Lannen (P73031)
Jennifer Cascio (ARDC #6325256)
Brooke A. Nosanchuk (P86293)
**STINAR GOULD GRIECO & HENSLEY, PLLC**
101 N. Wacker Dr., Floor M, Ste. 100
Chicago, IL 60606
Tel.: (312) 728-7444
parker@sgghlaw.com
jennifer@sgghlaw.com
280 West Maple Road, STE 230
Birmingham, MI, 48009
patrick@sgghlaw.com
brooke@sgghlaw.com

*Counsel for Plaintiffs*

5

6

# EXHIBIT A

| | Plaintiff Name | DOB (of injured party) | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Geraci Jr., Anthony | 1/18/1948 | TX | U.S. District Court for the Northern District of Oklahoma | FALSE | TRUE | FALSE | Kidney Cancer | Count I – Count XI |
| 2 | Geraci, Linda | 5/24/1947 | TX | U.S. District Court for the Northern District of Oklahoma | FALSE | FALSE | FALSE | SPOUSE | Count XI |
| 3 | Hoenie, Donald | 7/17/1942 | TN | U.S. District Court for the Middle District of North Carolina; U.S. District Court for the Eastern District of Tennessee; U.S. District Court for the Northern District of Texas; U.S. District Court for the Eastern District of Washington; or U.S. District Court for the Eastern District of California | FALSE | TRUE | FALSE | Kidney Cancer | Count I – Count XI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | Romero, Mary | 1/27/1948 | NM | U.S. District Court for the District of New Mexico | FALSE | TRUE | FALSE | Kidney Cancer | Count I – Count XI |
| 5 | Samb, Jonathon | 6/30/1982 | FL | U.S. District Court for the Western District of Wisconsin; U.S. District Court for the Eastern District of Wisconsin; U.S. District Court for the Northern District of California; or U.S. District Court for the Middle District of Florida | FALSE | TRUE | FALSE | Testicular Cancer | Count I – Count XI |