AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Anthony Geraci Jr., et al., <br><br> *Plaintiff(s)* <br> v. <br> 3M Company f/k/a Minnesota Mining and Manufacturing Co., et al., <br><br> *Defendant(s)* | Civil Action No. 2:18-mn-2873-RMG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 3M Company f/k/a Minnesota Mining and Manufacturing Co.,
3M Center, St. Paul, MN 55144-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Parker G. Stinar (P75252)
STINAR GOULD GRIECO & HENSLEY, PLLC
101 N. Wacker Dr., Floor M, Ste. 100
(312) 728-7444
parker@sgghlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-mn-2873-RMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                    *Server's signature*

                                  _____
                                    *Printed name and title*

                                  _____
                                    *Server's address*

Additional information regarding attempted service, etc:

| GROUP 6 | DEFENDANT NAME | ADDRESS |
|---|---|---|
| Defendant 2 | Buckeye Fire Equipment Company | Address: 110 Kings Road, Kings Mountain, NC 28086<br><br>Email: bfec@buckeyef.com |
| Defendant 3 | Carrier Fire & Security Americas Corp., Inc. | Address: 13995 Pasteur Boulevard, Palm Beach Gardens, FL 33418<br><br>Email: investorrelations@carrier.com |
| Defendant 4 | Carrier Global Corporation | Address: 13995 Pasteur Boulevard, Palm Beach Gardens, FL 33418<br><br>Email: investorrelations@carrier.com |
| Defendant 5 | Corteva, Inc. | Address: 9330 Zionsville Road, Indianapolis, IN 46268<br><br>Email: investors@corteva.com |
| Defendant 6 | DowDuPont | 974 Centre Road, Wilmington, DE 19805 |
| Defendant 7 | DuPont de Nemours, Inc. f/k/a DowDuPont, Inc. | 974 Centre Road, Wilmington, DE 19805 |
| Defendant 8 | E.I. du Pont de Nemours and Company | 1007 Market Street, Wilmington, DE 19898 |
| Defendant 9 | PWS Name: AIRWAY HEIGHTS CITY OF (Groundwater) SPOKANE CITY OF (Groundwater) | Address: 1208 S Lundstrom St, Airway Heights, WA 99001 |
| Defendant 10 | PWS Name: ALBUQUERQUE WATER SYSTEM | Address: 1900 Second Street SW, Albuquerque, NM 87102 |
| Defendant 11 | PWS Name: APPLETON WATERWORKS | **Address:** 1444 East North Avenue, Appleton, WI 54911 |
| Defendant 12 | PWS Name: BROKEN ARROW MUNICIPAL AUTHORITY | Address: 220 S. First St., Broken Arrow, OK 74012<br><br>Email: cvokes@brokenarrowok.gov |
| Defendant 13 | PWS Name: CAL AM - MEADOWBROOK (Groundwater) | **Address:** 4701 Beloit Drive, Sacramento, CA 95838 |
| Defendant 14 | PWS Name: CITY OF FORT WORTH - Fort Worth (Surfacewater) | Address: P.O. Box 870, Fort Worth, TX 76101-0870<br><br>Email: MyWaterAccount@FortWorthTexas.gov |
| Defendant 15 | PWS Name: CITY OF ROXBORO | **Address:** 105 South Lamar Street, Roxboro, NC 27573 |
| Defendant 16 | PWS Name: DONA ANA Mutual | **Address:** 5530 Camino de Los |

1

|  | Domestic Water Consumers Association (MDWCA) | Remedios, Doña Ana, NM 88007 |
| --- | --- | --- |
| Defendant 17 | PWS Name: DURHAM COUNTY ROUGEMONT WATERSYSTEM | Address: 5926 NC Hwy 55 East, Durham, NC 27713<br><br>Email: utilities@dconc.gov |
| Defendant 18 | PWS Name: EAST BAY MUD | **Address:** 375 11th Street, Oakland, CA 94607 |
| Defendant 19 | PWS Name: FLORA VISTA MUTUAL DOMESTIC | **Address:** 1141 U.S. 64, Flora Vista, NM 87415 |
| Defendant 20 | PWS Name: FOX CROSSING UTILITIES EAST | **Address:** 2000 PROSPECT AVE, FOX CROSSING, WI 54952-8700 |
| Defendant 21 | PWS Name: LAS CRUCES MUNICIPAL WATER SYSTEM | Address: 700 North Main, Las Cruces, NM 88001<br><br>Email: rhdiaz@las-cruces.org |
| Defendant 22 | PWS Name: MADISON WATER UTILITY | **Address:** 119 E Olin Ave, Madison, WI 53713 |
| Defendant 23 | PWS Name: OCUD/WESTERN REGIONAL WTR SYS (5 WPS) | Address: 9150 Curry Ford Rd, Orlando, FL 32825 |
| Defendant 24 | PWS Name: SOUTHLAKE UTILITIES | **Address:** 1400 Main Street, Southlake, TX 76092 |
| Defendant 25 | PWS Name: TENNESSEE AMERICAN WATER | **Address:** 109 Wiehl Street, Chattanooga, TN 37403 |
| Defendant 26 | PWS Name: VERONA WATERWORKS | **Address (WI):** 410 Investment Court, Verona, WI 53593 |
| Defendant 27 | PWS Name: VILLAGE OF GREENVILLE UTILITIES | **Address:** 1720 SW Greenville Blvd, Greenville, NC 27834 |
| Defendant 28 | The Chemours Company | **Address:** 1007 Market Street, P.O. Box 2047, Wilmington, Delaware 19899 |
| Defendant 29 | The Chemours Company FC, LLC | **Address:** 1007 Market Street, P.O. Box 2047, Wilmington, Delaware 19899 |
| Defendant 30 | Tyco Fire Products, LP | 1400 Pennbrook Parkway, Lansdale, PA 19446 |

2